```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE                        :    CHAPTER 13

     Ramona Renee Smack           :    NO.  19-10396-ELF
          Debtor                  :
```

**ENTRY OF APPEARANCE**

    Kindly enter my appearance on behalf of the Debtor, Ramona Renee Smack in regard to the above-captioned matter.


                                        /s/ David M. Offen
                                        David M. Offen, Esquire
                                        Suite 160 West, Curtis Ctr.
                                        601 Walnut Street
                                        Philadelphia, PA 19106
                                        215-625-9600

Dated: 3/5/19