# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10396-ELF

RAMONA RENEE SMACK

8417 LYONS PLACE

PHILADELPHIA, PA 19153

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RAMONA RENEE SMACK

    8417 LYONS PLACE

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,* *

Date: 3/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee