IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Ramona R. Smack        )   Chapter 13
         Debtor                 )
                                )   19-10396-ELF
                                )
                                )

## NOTICE OF APPLICATION FOR COUNSEL FEES

TO THE DEBTOR, STANDING TRUSTEE AND ALL CREDITORS;

Pursuant to Bankruptcy Rule 2002.2, you are hereby notified that the Debtor's Counsel has filed an Application for Approval of Counsel Fees in the following amount:

```
Total counsel fee (exclusive of Court costs,
   credit report cost and credit counseling cost):   $4,000.00
Amount paid by debtor                                    $0.00
Balance to be paid by Trustee under Chap. 13 plan:   $4,000.00
```

You are notified that any objection or request for a hearing on the application must be filed within 21 days of service of this notice, with the Clerk, United States Bankruptcy Court, 900 Market Street, 4th Floor, Philadelphia, Pa. 19107 and a copy of the same must be served upon debtor's counsel and the standing trustee at the addresses listed below.

DATED:   June 5, 2019              /s/David M. Offen
                                   David M. Offen
                                   Attorney for Debtor

David M. Offen, Esq.
Attorney for Debtor
Suite 160 West, The Curtis Center
601 Walnut Street
Philadelphia, Pa. 19106
215-625-9600

William C. Miller, Esq.
Standing Trustee
P.O. Box 1229
Philadelphia, PA 19106