IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In    Ramona Renee Smack    )    Chapter 13
Re:        Debtor                )
                                    )    No. 19-10396-ELF
                                    )

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                      /s/David M. Offen
                                                      **David M. Offen**
                                                      **Attorney for Debtor**

**Date:6/24/19**