United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ramona Renee Smack  
   Debtor

Case No. 19-10396-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Jun 27, 2019  
         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db    +Ramona Renee Smack,  8417 Lyons Place,  Philadelphia, PA 19153-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg   +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2019 03:13:38  U.S. Attorney Office,  
    c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404  
                                         TOTAL: 1

     ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
    DAVID M. OFFEN  on behalf of Debtor Ramona Renee Smack dmo160west@gmail.com,  
   davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
    KEVIN G. MCDONALD  on behalf of Creditor  Bayview Loan Servicing, LLC, A Delaware Limited  
   Liability Company bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
   philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                   TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Ramona R. Smack           )   Chapter 13
         Debtor                    )
                                   )   19-10396-ELF
                                   )
                                   )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $4,000.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

6/26/19
DATED:

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE