```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 19-10396-elf
Ramona Renee Smack                                                  Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0313-2           User: Stacey                 Page 1 of 2                  Date Rcvd: Dec 31, 2019
                               Form ID: pdf900              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db             +Ramona Renee Smack,    8417 Lyons Place,    Philadelphia, PA 19153-1902
cr             +Wilmington Savings Fund Society, FSB,    AMIP Management,   3020 Old Ranch Parkway, Suite 180,
                 Seal Beach, CA 90740-2799
14431694       +AMIP Management, LLC,    c/o Maxine Evans,    AMIP Management,    Vice-President Default,
                 P.O. Box 2741,    Seal Beach, CA 90740-1741
14269010       +Bayview Loan Servicing, LLC, A Delaware,     Limited Liability Company,    c/o KEVIN G. MCDONALD,
                 KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14262392       +Financial Recoveries,    P.O. Box 1388,    Mt. Laurel NJ 08054-7388
14262382       +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls SD 57107-0145
14327548        Helm Associates,    2664 Bristol Pike,    Bristol, PA 19007
14262380       +Helm Associates,    801 Bristol Pike,    Croydon PA 19021-5447
14262391       +Kellyn Hodges Orthodontics,    One Belmont Avenue,    Suite 4114,   Bala Cynwyd PA 19004-1607
14262390       +Mercy Fitzgerald Hospital,    P.O. Box 8229967,    Philadelphia PA 19182-0001
14262387       +Philadelphia Gas Works,    800 West Montgomery Avenue,    Philadelphia PA 19122-2898
14262385       +Philadelphia Water Revenue Bureau,    1101 Market Street,    Philadelphia PA 19107-2934
14284129       +Ramona Renee Smack,    c/o David Offen, Esquire,    Suite 160 West, Curtis Center,
                 601 Walnut Street,    Phila., PA 19106-3314
14262389       +State of Delaware Voluntary,    Assessment Center,    P.O. Box 7039,   Dover DE 19903-7039
14426780       +Wilmington Savings Fund Society, FSB,    c/o AMIP Management,
                 3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 01 2020 01:41:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 01 2020 01:41:24      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 01 2020 01:56:11
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14262379       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 01 2020 01:41:24
                 Bayview Loan Servicing,    4425 Ponce, De Leon Blvd.,    Coral Gables FL 33146-1837
14300743       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 01 2020 01:41:24
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14302293       +E-mail/Text: megan.harper@phila.gov Jan 01 2020 01:41:25
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14262383       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 01 2020 01:56:12
                 Capital One Auto Finance,    P.O. Box 259407,    Plano TX 75025-9407
14264732       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 01 2020 01:56:11
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14276334       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 01 2020 01:56:21
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
14262381       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 01 2020 01:41:23      Convergent Outsourcing,
                 P.O. Box 9004,    Renton WA 98057-9004
14302615        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 01 2020 01:41:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14288703       +E-mail/Text: bankruptcy@philapark.org Jan 01 2020 01:41:31      Philadelphia Parking Authority,
                 701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
14262386       +E-mail/Text: bankruptcy@philapark.org Jan 01 2020 01:41:31      Philadelphia Parking Authority,
                 701 Market Street,    Suite 5405,    Philadelphia PA 19106-2895
14267050       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 01 2020 01:56:35      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14262384       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 01 2020 01:41:05
                 Verizon,   500 Technology Drive,    Suite 300,    Weldon Springs MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Dec 31, 2019
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Ramona Renee Smack dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
RAMONA RENEE SMACK

Chapter 13

Debtor

Bankruptcy No. 19-10396-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 31, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
RAMONA RENEE SMACK

8417 LYONS PLACE

PHILADELPHIA, PA 19153